```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                      Case No. 14-03360-JJT
William H. Handy, Jr.                                                       Chapter 13
Allison Lorraine Handy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AGarner          Page 1 of 1          Date Rcvd: Feb 28, 2017
                              Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2017.
4733563        +Carrington Mortgage Services, LLC,   (servicing rights only),   1600 South Douglass Road,    Anaheim, CA 92806,   Carrington Mortgage Services, LLC,   (servicing rights only) 92806-5951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2017 at the address(es) listed below:
              Amanda Lindsay Rauer    on behalf of Creditor    Bank of America, N.A amanda.rauer@gmail.com, cblack@udren.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joseph Angelo Dessoye    on behalf of Creditor    Bank of America, N.A pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Bank of America, N.A pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Nicole Bernadette LaBletta    on behalf of Creditor    Bank of America, N.A nlabletta@udren.com, vbarber@udren.com
              Robert M. Kline    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC rkline@squirelaw.com, rmklinelaw@aol.com
              Robert M. Kline    on behalf of Creditor    Wilmington Savings Fund Society FSB etal    rkline@squirelaw.com, rmklinelaw@aol.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor William H. Handy, Jr. pabankruptcy@vernlazaroff.com
              Vern S. Lazaroff    on behalf of Joint Debtor Allison Lorraine Handy pabankruptcy@vernlazaroff.com
                                                                                                TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-03360-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

William H. Handy, Jr.
3182 Sunrise Lake
Milford PA 18337

Allison Lorraine Handy
3182 Sunrise Lake
Milford PA 18337

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/28/2017.

Name and Address of Alleged Transferor(s):

Claim No. 4: Carrington Mortgage Services, LLC, (servicing rights only), 1600 South Douglass Road, Anaheim, CA 92806, Carrington Mortgage Services, LLC, (servicing rights only)

Name and Address of Transferee:

Wilmington Savings Fund Society, FSB,
et al.
Kondaur Capital Corporation
P.O. Box 1449
Orange, CA. 92856-1449
Wilmington Savings Fund Society, FSB,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/02/17

Terrence S. Miller
**CLERK OF THE COURT**