```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 14-03360-JJT
William H. Handy, Jr.                                           Chapter 13
Allison Lorraine Handy
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: AGarner            Page 1 of 1            Date Rcvd: Aug 08, 2017
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2017.
4890405        +Wilmington Savings Fund Society, FSB,,    et al.,    Kondaur Capital Corporation,    P.O. Box 1449,
                 Orange, CA. 92856-1449,    Wilmington Savings Fund Society, FSB, 92856-0449

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2017 at the address(es) listed below:
              Amanda Lindsay Rauer    on behalf of Creditor    Bank of America, N.A amanda.rauer@gmail.com,
               cblack@udren.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Joseph Angelo Dessoye    on behalf of Creditor    Bank of America, N.A pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Bank of America, N.A pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicole Bernadette LaBletta    on behalf of Creditor    Bank of America, N.A nlabletta@udren.com,
               vbarber@udren.com
              Robert M. Kline    on behalf of Creditor     CARRINGTON MORTGAGE SERVICES, LLC rkline@squirelaw.com,
               rmklinelaw@aol.com
              Robert M. Kline    on behalf of Creditor     Wilmington Savings Fund Society FSB etal
               rkline@squirelaw.com, rmklinelaw@aol.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor William H. Handy, Jr. pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
              Vern S. Lazaroff    on behalf of Joint Debtor Allison Lorraine Handy pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
                                                                                               TOTAL: 12

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-03360-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

William H. Handy, Jr.
3182 Sunrise Lake
Milford PA 18337

Allison Lorraine Handy
3182 Sunrise Lake
Milford PA 18337

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/07/2017.

Name and Address of Alleged Transferor(s):

Claim No. 4: Wilmington Savings Fund Society, FSB,, et al., Kondaur Capital Corporation, P.O. Box 1449, Orange, CA. 92856-1449, Wilmington Savings Fund Society, FSB,

Name and Address of Transferee:

Beneficial Opportunity Fund, LLC
3748 West Chester Pike, Suite 103
Newtown Square, PA 19073
Beneficial Opportunity Fund, LLC
3748 West Chester Pike, Suite 103
Newtown Square, PA 19073

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/10/17

Terrence S. Miller
**CLERK OF THE COURT**