UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

William H. Handy, Jr. & Allison L. Handy
Debtor(s)

Case Number: 14-03360
Chapter: 13

## NOTICE OF CHANGE OF ADDRESS

Party's Name/Type: Beneficial Opportunity Fund, LLC, Creditor

Old Mailing Address: 3748 West Chester Pike, Suite 103

Newtown Sqaure, PA 19073

New Mailing Address: 200 Berwyn Park, Suite 210

920 Cassatt Road

Berwyn, PA 19312

Date: 9/7/17     Creditor Signature: _____

**All future notices shall be sent to the new mailing address**