```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                               Case No. 14-03360-JJT
William H. Handy, Jr.
Allison Lorraine Handy                                               Chapter 13
       Debtors                          CERTIFICATE OF NOTICE
District/off: 0314-5          User: AGarner              Page 1 of 2          Date Rcvd: Aug 08, 2018
                              Form ID: ordsmiss          Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
db/jdb         William H. Handy, Jr.,    Allison Lorraine Handy,    3182 Sunrise Lake,    Milford, PA  18337
cr            +Carrington Mortgage Services, LLC (servicing right,    c/o Prober & Raphael, A Law Corporation,
                1600 South Douglass Road,    Anaheim,, CA 92806-5951
4522874       +16001 North Dallas Parkway,    Addison, TX 75001-3311
4520716       +AA Action Collection,    29 Columbia Tpke Ste 303,    Florham Park, NJ 07932-2240
4520717       +Amerifinancial Solutions,    PO Box 602570,    Charlotte, NC 28260-2570
4520718        Atlantic Health System,    Patient Financial Services,    Interoffice Box 905,
                Morristown, NJ 07960
4552779       +Bank of America, N.A.,    16001 North Dallas Parkway,    Addison, TX 75001-3311
4954574       #+Beneficial Opportunity Fund, LLC,    3748 West Chester Pike,    Suite 103,
                Newton Square PA 19073-3252
4954573       +Beneficial Opportunity Fund, LLC,    200 Berwyn Park, Suite 210,    920 Cassatt Road,
                Berwyn, PA 19312-1178
4520721        Bureau of Accounts Control,    PO Box 538,    Howell, NJ 07731-0538
4520724       ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Center,    250 Mt. Lebanon Blvd. Suite 420,
                Pittsburgh, PA 15122)
4733562       +Carrington Mortgage Services, LLC,    (servicing rights only),    1600 South Douglass Road,
                Anaheim, CA 92806-5951
4733563       +Carrington Mortgage Services, LLC,    (servicing rights only),    1600 South Douglass Road,
                Anaheim, CA 92806,    Carrington Mortgage Services, LLC,    (servicing rights only) 92806-5951
4520723       +Client Services, Inc.,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
4520725       +David B. Watner, Esq.,    1129 Bloomfield Ave, Ste. 208,    PO Box 6189,
                West Caldwell, NJ 07007-6189
4520726       +David Myers,    191 Sunrise Drive,    Milford, PA 18337-4238
4520729       +Financial Recoveries,    200 E. Park Dr. Ste 100,    Mount Laurel, NJ 08054-1297
4520728       +Financial Recoveries,    Wayne Memorial Hospital,    P.O. Box 1388,    Mount Laurel, NJ 08054-7388
4520730        Garden State Urology,    PO Box 912,    Whippany, NJ 07981-0912
4531808        Geisinger Health System,    100 North Academy Ave,    Danville, PA 17822-4938
4520731        Geisinger Health System,    PO Box 27727,    Newark, NJ 07101-7727
4520732       ++HORIZON FINANCIAL MANAGEMENT LLC,    9980 GEORGIA ST,    CROWN POINT IN 46307-6520
                (address filed with court: Horizon Financial Mgt.,    8585 S. Broadway, Ste 880,
                Merrillville, IN 46410-5661)
4532770       +Hudson Heritage FCU,    Mitchell Pollack & Associates PPLC,    150 White Plains Road, Suite 310,
                Tarrytown, NY 10591-5521
4520735        Practice Assoc. Med. Grp,    PO Box 416457,    Boston, MA 02241-6457
4565006       +Practice Associates,    PDAB Inc,    66 Ford Rd, Suite 114,    Denville, NJ 07834-1300
4520736       +Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
4520737        Remex,    307 Wall Street,    Princeton, NJ 08540-1515
4890404       +Wilmington Savings Fund Society, FSB,,    et al.,    Kondaur Capital Corporation,    P.O. Box 1449,
                Orange, CA. 92856-0449
4890405       +Wilmington Savings Fund Society, FSB,,    et al.,    Kondaur Capital Corporation,    P.O. Box 1449,
                Orange, CA. 92856-1449,    Wilmington Savings Fund Society, FSB, 92856-0449

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4520719        EDI: BANKAMER.COM Aug 08 2018 23:04:00      Bank of America,    PO Box 5170,
                Simi Valley, CA 93062-5170
4520720       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Aug 08 2018 18:56:18      Berks Credit & Coll,
                900 Corporate Dr.,    Reading, PA 19605-3340
4520722        EDI: CITICORP.COM Aug 08 2018 23:04:00      Citi Cards,    Processing Center,
                Des Moines, IA 50363-0005
4520727        EDI: DISCOVER.COM Aug 08 2018 23:03:00      Discover Financial Service,    Po box 15316,
                Wilmington, DE 19850
4578537       +EDI: ECMC.COM Aug 08 2018 23:03:00      ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
4520733       +E-mail/Text: mmehling@hhfcu.org Aug 08 2018 18:56:00      Hudson Heritage FCU,
                25 Rykowski Lane,    Middletown, NY 10941-4019
4520738        EDI: NAVIENTFKASMSERV.COM Aug 08 2018 23:03:00      Sallie Mae,    PO Box 9500,
                Wilkes Barre, PA 18773-9500
4576237        EDI: ECAST.COM Aug 08 2018 23:03:00      eCAST Settlement Corporation assignee of Citibank,
                (South Dakota) NA,    POB 29262,    New York NY 10087-9262
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Beneficial Opportunity Fund, LLCF
4520734       ##+Paramount Recovery System,    105 Deana,    Robinson, TX 76706-5319
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:
      Amanda Lindsay Rauer    on behalf of Creditor    Bank of America, N.A amanda.rauer@gmail.com,
       cblack@udren.com
      Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
      Joseph Angelo Dessoye    on behalf of Creditor    Bank of America, N.A pamb@fedphe.com
      Joseph P Schalk    on behalf of Creditor    Bank of America, N.A jschalk@barley.com,
       sromig@barley.com
      Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Nicole Bernadette LaBletta    on behalf of Creditor    Bank of America, N.A nlabletta@pincuslaw.com,
       vbarber@pincuslaw.com,tbougouneau@pincuslaw.com
      Robert M. Kline    on behalf of Creditor    Wilmington Savings Fund Society FSB etal
       rkline@squirelaw.com, rmklinelaw@aol.com
      Robert M. Kline    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC rkline@squirelaw.com,
       rmklinelaw@aol.com
      Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
      Vern S. Lazaroff    on behalf of Debtor 1 William H. Handy, Jr. pabankruptcy@vernlazaroff.com,
       r39899@notify.bestcase.com
      Vern S. Lazaroff    on behalf of Debtor 2 Allison Lorraine Handy pabankruptcy@vernlazaroff.com,
       r39899@notify.bestcase.com
                                                                                                 TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| William H. Handy Jr., | Chapter 13 |
| **Debtor 1** | |
| | Case No. 5:14–bk–03360–JJT |
| Allison Lorraine Handy, | |
| **Debtor 2** | |

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

Dated: August 8, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: AGarner, Deputy Clerk

ordsmiss (05/18)