```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                          Case No. 14-03360-JJT
William H. Handy, Jr.                                           Chapter 13
Allison Lorraine Handy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AGarner              Page 1 of 1              Date Rcvd: Nov 20, 2018
                              Form ID: nthrgreq          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
db/jdb          William H. Handy, Jr.,    Allison Lorraine Handy,    3182 Sunrise Lake,    Milford, PA  18337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
              Amanda Lindsay Rauer    on behalf of Creditor    Bank of America, N.A amanda.rauer@gmail.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;harry.reese@pkallc.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Joseph Angelo Dessoye    on behalf of Creditor    Bank of America, N.A pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Bank of America, N.A jschalk@barley.com,
               sromig@barley.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicole Bernadette LaBletta    on behalf of Creditor    Bank of America, N.A nlabletta@pincuslaw.com,
               vbarber@pincuslaw.com,tbougouneau@pincuslaw.com
              Robert M. Kline    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC rkline@squirelaw.com,
               rmklinelaw@aol.com
              Robert M. Kline    on behalf of Creditor    Wilmington Savings Fund Society FSB etal
               rkline@squirelaw.com,   rmklinelaw@aol.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor 1 William H. Handy, Jr. pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
              Vern S. Lazaroff    on behalf of Debtor 2 Allison Lorraine Handy pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
                                                                                             TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

William H. Handy Jr.

**Debtor 1**

Allison Lorraine Handy

**Debtor 2**

**Debtor(s)**

Chapter: 13

Case number: 5:14–bk–03360–JJT

Document Number: 60

Matter: Motion to Reopen Chapter 13 Case

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on July 22, 2014.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701** | **Date: January 8, 2019**<br>**Time: 09:30 AM** |

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes–Barre, PA 18701
(570) 831–2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: AGarner, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: November 20, 2018

nthrgreq(05/18)