UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re:

William H. Handy, Jr.
Allison Lorraine Handy : Case No.: 14-03360-RNO

    Debtors. : Chapter 13

―――――――――――――――――― : 11 U.S.C. §362

Beneficial Opportunity Fund, LLC :

    Movant : Chief Judge Robert N. Opel II
v.

William H. Handy, Jr. and
Allison Lorraine Handy,

    Respondents.

\* \* \* \* \* \* \* \* \* \*

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    Beneficial Opportunity Fund, LLC has filed a **MOTION FOR RELIEF FROM AUTOMATIC STAY** with the court to permit foreclosure of a lien on real property located at **PROPERTY ADDRESS**: 9 Sunrise Drive, Milford Pennsylvania 18337.

    <u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

    1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before <u>**July 2, 2019**</u> you or your attorney must do **all** of the following:

        (a) file an answer explaining your position at:
        U.S. Bankruptcy Court
        Max Rosenn U.S. Courthouse
        197 South Main Street, Room 274
        Wilkes-Barre, PA 18701

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b) mail a copy to the Movant's Attorney:

Kathryn Wakefield, Esq.
DWALDMANLAW, P.C.
Attorneys for Movant
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050
844-899-4162
844-882-4703 Fax

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable **Chief Judge Robert N. Opel II** on **July 23,** at **9:30 AM, HB Courtroom,** United States Bankruptcy Court, Middle District of Pennsylvania Court, 197 S. Main St., Wilkes-Barre, PA Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 877-298-2053 to find out whether the hearing has been canceled because no one filed an answer.

DWALDMANLAW, P.C.
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050
Telephone: (844) 899-4162
Facsimile: (844) 882-4703
Primary email:bankruptcy@dwaldmanlaw.com
Email: kathryn@dwaldmanlaw.com
Email 2: lynne@dwaldmanlaw.com
Attorneys for Secured Creditor

By: /s/ *Kathryn Wakefield*
Kathryn Wakefield, Esq.
PA Bar ID# 85395