UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| In re:<br>**William H. Handy, Jr.**<br>**Allison Lorraine Handy**<br>    Debtors.<br><br>**Beneficial Opportunity Fund, LLC**<br>    Movant<br>v.<br>**William H. Handy, Jr. and**<br>**Allison Lorraine Handy,**<br>    Respondents. | Case No.: 14-03360-RNO<br><br>Chapter 13<br><br>11 U.S.C. §362<br><br>Chief Judge Robert N. Opel II |

## ORDER MODIFYING AUTOMATIC STAY

**ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 is modified with respect to real property located **9 Sunrise Drive, Milford Pennsylvania 18337** ("Premises") as to allow Beneficial Opportunity Fund, LLC or its Successor or Assignee to take any legal action for enforcement of its right under state law and the loan documents; and it is further

**ORDERED THAT:** The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code; and it is further

**ORDERED THAT:** the relief granted by this order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Bankruptcy Rule 4001(a)(3).