UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re:

William H. Handy, Jr.
Allison Lorraine Handy

    Debtors.

Beneficial Opportunity Fund, LLC

    Movant

v.

William H. Handy, Jr. and
Allison Lorraine Handy,

    Respondents.

Case No.: 14-03360-RNO

Chapter 13

11 U.S.C. §362

Chief Judge Robert N. Opel II

## NOTICE OF WITHDRAW OF SECURED CREDITOR, BENEFICIAL OPPORTUNITY FUND, LLC'S, MOTION FOR RELIEF FROM AUTOMATIC STAY [DE #71]

**COMES NOW, SECURED CREDITOR**, Beneficial Opportunity Fund, LLC (herein after referred to as "Secured Creditor"), by and through its undersigned counsel, and hereby files this Notice of Withdraw of its Motion for Relief from Automatic Stay [DE #71].

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the attached service list and all parties on the Creditor's Matrix, this 4th day of September 2019.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Middle District of Pennsylvania, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

### SERVICE LIST

William H. Handy, Jr.
3182 Sunrise Lake
Milford, PA 18337

Allison Lorraine Handy
3182 Sunrise Lake
Milford, PA 18337

William H. Handy, Jr. and Allison Lorraine Handy
c/o Vern S. Lazaroff
PO Box 1108
143 Pike Street
Port Jervis, NY 12771
Email: pabankruptcy@vernlazaroff.com

*Trustee*
Charles J. DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

*Asst. U.S. Trustee*
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

          DWALDMANLAW, P.C.
          4900 Carlisle Pike, #182
          Mechanicsburg, PA 17050
          Telephone: (844) 899-4162
          Facsimile: (844) 882-4703
          Primary email: bankruptcy@dwaldmanlaw.com
          Email 1: jennie@dwaldmanlaw.com
          Email 2: lynne@dwaldmanlaw.com
          Attorneys for Secured Creditor

          By: /s/ *Jennie C. Shnayder*
          Jennie C. Shnayder, Esq.
          PA Bar ID# 315213