UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| In re: | |
| William H. Handy, Jr.<br>Allison Lorraine Handy | Case No.: 14-03360-RNO |
| Debtors. | Chapter 13 |
| | 11 U.S.C. §362 |
| Beneficial Opportunity Fund, LLC | |
| Movant | Chief Judge Robert N. Opel II |
| v. | |
| William H. Handy, Jr. and<br>Allison Lorraine Handy, | |
| Respondents. | |

## CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE REGARDING BENEFICIAL OPPORTUNITY FUND, LLC'S NOTICE OF WITHDRAW OF MOTION FOR RELIEF FROM AUTOMATIC STAY (DE # 71)

I, Jennie Shnayder, hereby certify that counsel for all parties were contacted regarding possible concurrence with Beneficial Opportunity Fund, LLC's Notice of Withdraw of Motion for Relief from Automatic Stay (DE # 71). Counsel for Debtor was contacted on September 6, 2019 and indicated concurrence with this Notice of Withdraw of Motion for Relief from Automatic Stay.

Respectfully Submitted,

DWALDMANLAW, P.C.

By: /s/ *Jennie C. Shnayder*
Jennie C. Shnayder, Esq.
PA Bar ID# 315213

Dated September 6, 2019

**SERVICE LIST**

William H. Handy, Jr.
3182 Sunrise Lake
Milford, PA 18337

Allison Lorraine Handy
3182 Sunrise Lake
Milford, PA 18337

William H. Handy, Jr. and Allison Lorraine Handy
c/o Vern S. Lazaroff
PO Box 1108
143 Pike Street
Port Jervis, NY 12771
Email: pabankruptcy@vernlazaroff.com

*Trustee*
Charles J. DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

*Asst. U.S. Trustee*
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

        DWALDMANLAW, P.C.
        4900 Carlisle Pike, #182
        Mechanicsburg, PA 17050
        Telephone: (844) 899-4162
        Facsimile: (844) 882-4703
        Primary email: bankruptcy@dwaldmanlaw.com
        Email 1: jennie@dwaldmanlaw.com
        Email 2: lynne@dwaldmanlaw.com
        Attorneys for Secured Creditor

        By: __/s/ *Jennie C. Shnayder*_____
        Jennie C. Shnayder, Esq.
        PA Bar ID# 315213