## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| WILLIAM H. HANDY, JR. | Case No.: 5-14-03360-RNO |
| ALLISON LORRAINE HANDY | Chapter 13 |
| Debtor(s) | |

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**            **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | FCI LENDER SERVICE, INC |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 3014 |
| Property Address if applicable: | 3182 SUNRISE LAKE, , MILFORD, PA18337 |

**PART 2:**            **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $14,279.28 |
| b. | Prepetition arrearages paid by the Trustee: | $14,279.28 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $14,279.28 |

**PART 3:**            **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**            **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  October 9, 2019 			Respectfully submitted,

<div style="margin-left: 40%;">

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com

</div>

Creditor Name: FCI LENDER SERVICE, INC
Court Claim Number: 04

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 0040 | 1125958 | 05/06/2015 | $363.58 | $0.00 | $363.58 |
| 0040 | 1129549 | 07/01/2015 | $285.83 | $0.00 | $285.83 |
| 0040 | 1131293 | 08/03/2015 | $278.04 | $0.00 | $278.04 |
| 0040 | 1133068 | 09/02/2015 | $278.05 | $0.00 | $278.05 |
| 0040 | 1134813 | 10/06/2015 | $284.46 | $0.00 | $284.46 |
| 0040 | 1136590 | 11/04/2015 | $275.13 | $0.00 | $275.13 |
| 0040 | 1139374 | 12/03/2015 | $275.13 | $0.00 | $275.13 |
| 0040 | 1141136 | 01/07/2016 | $275.13 | $0.00 | $275.13 |
| 0040 | 1142850 | 02/03/2016 | $275.12 | $0.00 | $275.12 |
| 0040 | 1144444 | 03/02/2016 | $275.13 | $0.00 | $275.13 |
| 0040 | 1146135 | 04/06/2016 | $275.13 | $0.00 | $275.13 |
| 0040 | 1147904 | 05/04/2016 | $275.13 | $0.00 | $275.13 |
| 0040 | 1149512 | 06/14/2016 | $275.12 | $0.00 | $275.12 |
| 0040 | 1151221 | 07/07/2016 | $275.13 | $0.00 | $275.13 |
| 0040 | 1152589 | 08/04/2016 | $275.13 | $0.00 | $275.13 |
| 0040 | 1154123 | 09/01/2016 | $278.63 | $0.00 | $278.63 |
| 0040 | 1155729 | 10/05/2016 | $278.63 | $0.00 | $278.63 |
| 0040 | 1157348 | 11/02/2016 | $273.96 | $0.00 | $273.96 |
| 0040 | 1158949 | 12/06/2016 | $547.92 | $0.00 | $547.92 |
| 0040 | 1160530 | 01/12/2017 | $273.96 | $0.00 | $273.96 |
| 0040 | 1162100 | 02/08/2017 | $273.96 | $0.00 | $273.96 |
| 0040 | 1165703 | 04/12/2017 | $273.96 | $0.00 | $273.96 |
| 0040 | 1167278 | 05/11/2017 | $273.96 | $0.00 | $273.96 |
| 0040 | 1168834 | 06/13/2017 | $273.96 | $0.00 | $273.96 |
| 0040 | 1170283 | 07/06/2017 | $273.96 | $0.00 | $273.96 |
| 0040 | 1171489 | 08/10/2017 | $273.96 | $0.00 | $273.96 |
| 0040 | 1173034 | 09/19/2017 | $273.96 | $0.00 | $273.96 |
| 0040 | 1174410 | 10/11/2017 | $273.97 | $0.00 | $273.97 |
| 0040 | 1175693 | 11/08/2017 | $272.79 | $0.00 | $272.79 |
| 0040 | 1177089 | 12/05/2017 | $272.79 | $0.00 | $272.79 |
| 0040 | 1178482 | 01/11/2018 | $272.80 | $0.00 | $272.80 |
| 0040 | 1181244 | 03/08/2018 | $272.79 | $0.00 | $272.79 |
| 0040 | 1182595 | 04/03/2018 | $272.79 | $0.00 | $272.79 |
| 0040 | 1185661 | 05/15/2018 | $272.80 | $0.00 | $272.80 |
| 0040 | 1187073 | 06/07/2018 | $272.79 | $0.00 | $272.79 |
| 0040 | 1196593 | 01/10/2019 | $1,008.64 | $0.00 | $1008.64 |
| 0040 | 1198959 | 03/12/2019 | $1,349.08 | $0.00 | $1349.08 |
| 0040 | 1200310 | 04/11/2019 | $271.63 | $0.00 | $271.63 |
| 0040 | 1201661 | 05/09/2019 | $271.62 | $0.00 | $271.62 |
| 0040 | 1202970 | 06/06/2019 | $271.63 | $0.00 | $271.63 |
| 0040 | 1204342 | 07/11/2019 | $543.25 | $0.00 | $543.25 |
| 0040 | 1207144 | 09/26/2019 | $567.85 | $0.00 | $567.85 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

WILLIAM H. HANDY, JR.
ALLISON LORRAINE HANDY
Debtor(s)

Case No.: 5-14-03360-RNO
Chapter 13

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 9, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| VERN S. LAZAROFF, ESQUIRE<br>143 PIKE STREET<br>P.O. BOX 1108<br>PORT JERVIS NY, 12771- | SERVED ELECTRONICALLY |
| BENEFICIAL OPPORTUNITY FUND, LLC<br>3748 WEST CHESTER PIKE, SUITE 103<br>NEWTON SQUARE, PA, 19073 | SERVED BY 1ST CLASS MAIL |
| WILLIAM H. HANDY, JR.<br>ALLISON LORRAINE HANDY<br>3182 SUNRISE LAKE<br>MILFORD, PA 18337 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 9, 2019

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com