Fill in this information to identify the case:

Debtor 1        **William H. Handy, Jr.**

Debtor 2        **Allison Lorraine Handy**
(Spouse, if filing)

United States Bankruptcy Court for the: **MIDDLE**    District of: **PA**
                                                                  (State)

Case number   **5:14-bk-03360-RNO**

Form 4100R
# Response to Notice of Final Cure Payment          10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Beneficial Opportunity Fund, LLC

**Court claim no.** (if known): **4**

**Last 4 digits** of any number you use to identify the debtor's account:  **3 0 1 4**

**Property address:**   **3182 Sunrise Lake**
                        Number     Street

                        **Milford**        **PA**    **18337**
                        City               State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   **11/1/2019**
                                                              MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:         +   (b) $ _____

c. **Total**. Add lines a and b.                                             (c) $ _____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:                                                  _____
                                                         MM / DD / YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**X** /s/ Danielle Boyle-Ebersole, Esquire        Date  10/29/2019
Signature

Print   Danielle Boyle-Ebersole, Esquire           Title   Attorney
        First Name   Middle Name   Last Name

Company   Hladik, Onorato & Federman, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   298 Wissahickon Avenue
          Number         Street

          North Wales, PA 19454
          City                State    ZIP Code

Contact phone ( 215 ) 855– 9521         Email debersole@hoflawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 5:14-bk-03360-RNO |
| William H. Handy, Jr. and Allison Lorraine Handy | : Chapter 13 |
| Debtors | : |
| | : |
| Beneficial Opportunity Fund, LLC | : |
| Movant | : |
| vs. | : |
| | : |
| William H. Handy, Jr. and Allison Lorraine Handy | : |
| Debtors/Respondents | : |
| and | : |
| Charles J. DeHart, III, Esquire | : |
| Trustee/Respondent | : |

## CERTIFICATE OF SERVICE

I, Danielle Boyle-Ebersole, Esq., hereby certify that I caused to be served true and correct copies of the **STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT** at the respective last known address of each person set forth below on October 29, 2019:

Vern S. Lazaroff, Esquire  
Via Electronic Filing  
*Attorney for Debtors*

William H. Handy, Jr.  
Allison Lorraine Handy  
3182 Sunrise Lake  
Milford, PA 18337  
Via First Class Mail  
*Debtors*

Charles J. DeHart, III, Esquire  
Via Electronic Filing  
*Trustee*

Date: 10/29/2019

Respectfully Submitted,  
/s/Danielle Boyle-Ebersole, Esquire  
Danielle Boyle-Ebersole, Esquire  
Hladik, Onorato & Federman, LLP  
298 Wissahickon Avenue  
North Wales, PA 19454  
Phone 215-855-9521  
Fax 215-855-9121