```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                       Case No. 14-03360-RNO
William H. Handy, Jr.                                        Chapter 13
Allison Lorraine Handy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 1        Date Rcvd: Feb 11, 2020
                            Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2020.
db/jdb          William H. Handy, Jr.,   Allison Lorraine Handy,   3182 Sunrise Lake,   Milford, PA  18337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2020 at the address(es) listed below:
              Amanda L. Rauer    on behalf of Creditor    Bank of America, N.A amanda.rauer@pkallc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;harry.reese@pkallc.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Beneficial Opportunity Fund, LLC
               debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
              David J. Harris    on behalf of Creditor    Beneficial Opportunity Fund, LLCF
               dh@lawofficeofdavidharris.com,   davidharrisesqign@gmail.com
              Jennie Shnayder    on behalf of Creditor    Beneficial Opportunity Fund, LLC
               jennie@dwaldmanlaw.com,   lynne@dwaldmanlaw.com
              Joseph Angelo Dessoye    on behalf of Creditor    Bank of America, N.A pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Bank of America, N.A jschalk@barley.com,
               sromig@barley.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kathryn M Wakefield    on behalf of Creditor    Beneficial Opportunity Fund, LLCF
               kwakefieldbizlaw@gmail.com,   caleb@dwaldmanlaw.com
              Nicole Bernadette LaBletta    on behalf of Creditor    Bank of America, N.A nlabletta@pincuslaw.com,
               brausch@pincuslaw.com
              Robert M. Kline    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC rkline@squirelaw.com,
               rmklinelaw@aol.com
              Robert M. Kline    on behalf of Creditor    Wilmington Savings Fund Society FSB etal
               rkline@squirelaw.com,   rmklinelaw@aol.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor 1 William H. Handy, Jr. pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
              Vern S. Lazaroff    on behalf of Debtor 2 Allison Lorraine Handy pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
                                                                                             TOTAL: 16

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| William H. Handy Jr., | Chapter 13 |
| **Debtor 1** | |
| Allison Lorraine Handy, | Case No. 5:14−bk−03360−RNO |
| **Debtor 2** | |

Social Security No.:
xxx−xx−1346    xxx−xx−8076

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: February 11, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DeborahGeorge, Deputy Clerk

**fnldec** (05/18)